# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNARD B. HILL, | CASE NO. 1:07-cv-01866-AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| HAROLD TATE, et al., | (Doc.15 ) |
| Defendants. | |

Plaintiff Raynard Hill ("plaintiff") is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 25, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The <u>Findings and Recommendations</u>, filed February 25, 2009, is adopted in full;
2. This action shall proceed on Plaintiff's complaint, filed December 20, 2007, against Defendants Tate, Afra, Runyan and McConnell for violation of the Eighth Amendment;
3. Plaintiff's equal protection claim is dismissed for failure to state a claim;
4. Defendants Winn and Teel are dismissed based on Plaintiff's failure to state any claims against them; and
5. This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **May 2, 2009**                                  **/s/ Anthony W. Ishii**
                                                         CHIEF UNITED STATES DISTRICT JUDGE